UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X     21 MC 100 (AKH)

Hon. Alvin K. Hellerstein,
U.S.D.J.

IN RE: WORLD TRADE CENTER DISASTER SITE
LITIGATION

**RULE 7.1 STATEMENT OF
BOVIS LEND LEASE LMB,
INC.**

--------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for BOVIS LEND LEASE LMB, INC. certifies that M/L Bovis

Holdings, Ltd. is the direct parent corporation of BOVIS LEND LEASE LMB, INC., and Bovis

Lend Lease Holdings, Inc., and Lend Lease Corporation Limited are indirect parent corporations

of BOVIS LEND LEASE LMB, INC.  Lend Lease Corporation Limited is a publicly traded

company in Australia.

Dated: Newark, New Jersey          PATTON BOGGS LLP
       November 28, 2006

By: _____
James E. Tyrrell, Jr. (JT-6837)
One Riverfront Plaza, 6th floor
Newark, NJ 07102
(973) 868-5600
JTyrrell@PattonBoggs.com

*Attorneys for defendant* Bovis Lend Lease LMB, Inc.